```
                    UNITED STATES DISTRICT COURT

                   CENTRAL DISTRICT OF CALIFORNIA

ROBERT E. JOHNSON,              )    NO. CV 08-3177-DOC(CT)
                                )
          Plaintiff,            )
                                )    JUDGMENT
     v.                         )
                                )
MICHAEL J. ASTRUE,              )
Commissioner of Social          )
Security,                       )
                                )
          Defendants.           )
                                )
_____)
```

Pursuant to the Order Accepting Magistrate Judge's Report and Recommendation,

IT IS ADJUDGED that the action is dismissed without prejudice.

DATED: *September 4, 2008*

_____
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE

1